S. Craig Adams, Idaho State Bar No. 10563
S.C. ADAMS, ATTORNEY AT LAW, PLLC
2920 N Arthur Street
Boise, Idaho 83703
Tel.: (303) 862-2863
Email: sc.adams1@gmail.com

Brian Knutsen, admitted *pro hac vice*
Jessica Durney, admitted *pro hac vice*
KAMPMEIER & KNUTSEN, PLLC
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
Tel.: (503) 841-6515
Email: brian@kampmeierknutsen.com

*Attorneys for Plaintiff Snake River Waterkeeper*

Honorable B. Lynn Winmill

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER WATERKEEPER,<br><br>       Plaintiff,<br><br>   v.<br><br>IDAHO POWER COMPANY,<br><br>       Defendants. | Case No. 1:21-cv-00269-BLW<br><br>JOINT MOTION FOR ENTRY OF CONSENT DECREE |

Plaintiff Snake River Waterkeeper ("Waterkeeper") and Defendant Idaho Power Company ("Idaho Power") have agreed to settle this case. Accordingly, Waterkeeper and Idaho Power (collectively, the "Parties") hereby jointly move the Court to enter the proposed Consent Decree filed herewith following a forty-five day waiting period required under the Clean Water Act ("CWA").

Waterkeeper filed this action under the citizen suit provision of the CWA, 33 U.S.C. § 1365, alleging that Idaho Power is violating section 301(a) of the CWA, 33 U.S.C. § 1311(a), by

JOINT MOTION FOR ENTRY OF CONSENT
DECREE - 1

discharging pollutants to the Snake River from Powerhouse 2 and Unit 5 at the Brownlee Hydroelectric Project without the authorization of a National Pollutant Discharge Elimination System ("NPDES") permit issued under section 402 of the CWA, 33 U.S.C. § 1342. Idaho Power denies Waterkeeper's claims and contends that Waterkeeper is not entitled to any relief whatsoever. In the interests of resolving this dispute without further litigation and without trial, adjudication, or admission of any issues of fact or law, the Parties have now agreed to settle this matter, and the proposed Consent Decree filed herewith memorializes the Parties' agreement. The Parties request entry of their proposed Consent Decree as an order of the Court because it is fair, reasonable, equitable, and does not violate the law or public policy, and it comes within the scope of the pleadings and furthers the broad objectives upon which Waterkeeper's Complaint is based. *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990).

The Consent Decree may not be entered as an order of the Court until forty-five days after receipt of it by both the Administrator of the U.S. Environmental Protection Agency and the U.S. Attorney General. *See* 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5. Accordingly, after filing this motion, counsel for Waterkeeper will serve copies of the proposed Consent Decree on the U.S. Attorney General, the Administrator of the U.S. Environmental Protection Agency, and the Administrator of Region 10 of the U.S. Environmental Protection Agency. The Parties will notify the Court of the date on which such service was completed and of the date on which the forty-five day waiting period will expire.

For the foregoing reasons, the Parties respectfully request entry of their proposed Consent Decree, filed herewith, as an order of the Court.

RESPECTFULLY SUBMITTED this 12th day of July, 2022.

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 2

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
Brian Knutsen, admitted *pro hac vice*
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
Tel: (503) 841-6515
Email: brian@kampmeierknutsen.com

Jessica Durney, admitted *pro hac vice*
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 739-5184
Email: jessica@kampmeierknutsen.com

S.C. ADAMS, ATTORNEY AT LAW, PLLC

By: s/ S. Craig Adams
S. Craig Adams, Idaho State Bar No. 10563
2920 N Arthur Street
Boise, Idaho 83703
Tel: (303) 862-2863
Email: sc.adams1@gmail.com

*Attorneys for Plaintiff Snake River Waterkeeper*

GIVENS PURSLEY, LLP

By: s/ Preston N. Carter
Preston N. Carter, ISB No. 8462
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701
Tel: (208) 388-1200
Fax: (208) 388-1300
Email: prestoncarter@givenspursley.com

STOEL RIVES LLP

Kevin J. Beaton, Idaho State Bar No. 3080
101 S. Capitol Boulevard, Suite 1900
Boise, Idaho 83702
Tel: (208) 389-9000
Fax: (208) 389-9040
Email: kevin.beaton@stoel.com

Beth S. Ginsberg, admitted *pro hac vice*
600 University Street, Suite 3600
Seattle, Washington 98101
Tel: (206) 386-7581
Fax: (206) 386-7500
Email: beth.ginsberg@stoel.com

*Attorneys for Defendant Idaho Power Co.*

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 3